**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BOB ESCREZA MOHLER,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 4:17-2263** |
| v. | : | **(JUDGE MANNION)** |
| **BANK OF AMERICA, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Arbuckle, **(Doc. 11)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** The plaintiff's motion to reconsider, **(Doc. 12)**, is **DENIED.**

**(3)** The plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 10, 2018**